UNITED STATES Courthouse Central District
OF CALIFORNIA Southern Division

Case No: 8:25-cv-02058-UA

1. JOHNNY Joe CAstro Jr.
2. Bk #202138284
3. P.O. Box 1748
4. INDIO, CA. 92201
5. Plaintiff in Pro Per
6.
7.                    Breif PAGe 1           NO IFP/FEE
8.                                              NO-CV-30
9.                       Orange County family Court   NO-CV-71
10. Johnny J. CAstro JR.   Case No: 22P000469
11. Plaintiff in pro per
12.         VS.            This Action is A Brief THat
13. Justina K. Reyes       Contains the defendant's P.C.
14. Defendent in pro per   Violation S.S. 11166.05. AS
15.                        Well as the defendants
16.                        Abandonment of Commissioner
17.                        Solic' in Dept. L71 in Orange,
18.                        CA. Court order
19.                        & Proof of Service
20.
21. To THe Honorable District Court, And to All Parties:
22.
23.       Please take notice that I, Johnny J. Castro Jr.
24. Thee Plaintiff in PRO PER, is hearby Requesting the higher
25. Courts to intervene in my family Case, (located @ 341 The
26. City Drive South, Orange, CA. 92868, Dept. L71, with
27. Commissioner Eileen SoLic) At the Emergency request
28. of my 9 year old son's life. My Child Jordan Jax CAstro
29. (12-19-15) And I were already guarenteed parent/child
30. bond Protection by Commissioner Eileen Solic on 12-13-23 in
31. Dept. L71 and signed and agreed upon by ALL
32. parties.
33.
34.

# BRIEF PAGE 2

1. I Have been involuntairly incarcerated awaiting
2. trial for four years NOW, AND Because of this I
3. have no way to access Family Court in Orange by phone
4. or Email to Complain About Justina Reyes'
5. Abandonement of the Commissioner's order, However
6. I Have wrote Several Motions, Such as this one,
7. with No response. I believe At this time it
8. is Necessary for the higher Courts to intervene,
9. Since my Son's life is at Stake. MS. Reyes wrote
10. A Note in October of 2024, Explaining to me that
11. She lost her Job and Could Not afford a phone at
12. that time for me to Call my Son. She Stated once
13. She Found a Job, the Phone Calls would Continue. That
14. Was almost a year ago. MS. Reyes Never took
15. the Commissioners' order Seriously. During the entire
16. Stipulation, MS. Reyes answered "ON time" on 3 Occasions
17. over a nineteen month period. Her motherly behavior
18. over the years have been unhealthy For my Son's
19. developing mind. My Son And I have Always been the Closest.
20. So MS. Reyes' Action on removing my Son from my life
21. was a very unloving Move towards my Son. I am
22. Fully Convinced in my heart that Justina Reyes does
23. NOT Have the best interest for my Son. My Son is a
24. Great Kid and he deserves the best and to be
25. Safe. In my Son's Current Situation I'm in
26. Fear for my Child. I'd rather have my Son
27. With a Family member at this point. Until MS. Reyes
28. Can Prove to be Fit After parenting classes and random drug screens.
29.     I Need assistance in Setting trial date in Orange
30. by Way of Video Court Since I'm Still Fighting my
31. Case in John Benoit Detention Facility in INDIO,
32. CA. I Need the trial Judge to hear me out and
33. see my records and evidence. Evidence that proves MS. Reyes
34.

BRIEF PAGE 3

1. IS using the allegations against me (to which
2. her daughter is an alleged victim) to manipulate
3. the Courts. As I wrote earlier, I have time stamped
4. photos, videos, text messeges and Emails, After
5. Allegations were made up to Justina. After Allegations
6. Ms. Reyes And I remained together, but I moved
7. out. Ms. Reyes Had me go over several times to
8. pick up the kids, to put up the Christmas lights and
9. go back Home to spend a couple weekends While
10. we had our Home to ourselves. While Ms.
11. Reyes was At work, she had me go home to Change the
12. locks on her daughter's room door. This is how much
13. Ms. Reyes actually trusts me. Ms. Reyes admitted
14. to Investigating Officer Klinzing of Hemet P.D.
15. That She Knows How to manipulate me and make
16. me "Do things". I Believe Now Ms. Reyes thinks
17. She's Having her Way with the Court System.
18. There is No history of Domestic Violence Between
19. Justina Reyes And I, However Ms. Reyes and her
20. ex husband Alfredo Liera, to which she has 2 teens
21. with, Have a history of Domestic Violence, even in
22. Front of thier kids when they were younger. Alfredo
23. Liera Was recently wanted for Questioning in a Sexual
24. assault against his 11 year old Cousin And he is
25. Known to be a meth attick. It Was brought to my
26. attention through one of Ms. Reyes' family members
27. that her kids reunited with thier Father and I believe
28. IF Justina Is ok driving them to his location then She's
29. also taking my son to a very unsafe location, which
30. Would most likely, be around Meth. WHEN Justina's
31. daughter made Allegations to her mother about
32. me, Justina Went to her Friends House in Arizona
33. And told me she would come back if I bought her
34.

# BRIEF PAGE 4

1. $200 DOC Martin Boots, Which I did because
2. Justina Had my Son in another State Somewhere,
3. Which Caused me to panick. I have been Diagnosed
4. with severe Abandonement issues from childhood
5. trauma. I plan on preventing My child from going
6. through anything similar. I have reciepts For boots
7. as well as messeges. Also Ms. Reyes Has kept My son
8. From contacting his sister, My daughter From previous
9. relationship. Justina Reyes WAS very close
10. to my daughter, She would even Claim her
11. as her own daughter - to people. So my daughter
12. Fell into a depression because she misses
13. her baby brother. Now I have two depressed
14. children because of one-unloving mother.
15. Some Studies have Shown that depressed children
16. Grow into Suicidal teens, and depressed teens grow
17. into Suicidal Adults. I'm getting pictures drawn by my
18. Son of bloody cartoon Characters with Kitchen Knives.
19. Then in a letter my Son tells me he went Camping with
20. his mothers family and they all Shot at birds with his
21. B.B. Gun. I was Not raising my Son to be a rebel
22. I was raising him to Love God And Always Do what
23. is Right. I'm deeply concerned For my child.
24.     The reason I don't trust Justina's Family
25. For taking Gaurdianship of my Son is because thier
26. History with growing and using drugs around
27. thier children. I Believe Regina Hernandez,
28. (Which is my 17 year old daughter's Mother) is best
29. Fit to take gaurdianship. At this point I trust her
30. most with my Son. Her # is (714) 710-6752. Her
31. Kids go to the best Schools, they live in a Nice
32. Neighborhood, She put's kid's First And Most of all She's
33. A Great Mom. She's my choice for my child to
34. be cared for.

BRIEF PAGE 5

1. Until I'm out and able to raise my son myself or
2. until Ms. Reyes agrees to graduate some parenting
3. classes. Ms. Reyes recently attempted to falsify
4. charges against me in family court in Riverside, CA.
5. A temporary restraining order was granted until, I set a date
6. for trial to show evidence of Ms. Reyes' lies and manipulation
7. to the Courts and Investigators in my Criminal Case. Before the
8. trial could begin, the case was thrown out. Due to my
9. Incarceration I've been allowed phone calls
10. and letters, which both have completely ceased-
11. Due to Justina's Negligence and willfull disobediance
12. of the Courts Order.
13.
14.    My Closing Statement is Simple. Justina
15. Pretends to be terrified of me to fool the Courts and
16. the Investigating Officers. She claims that when the
17. allegations were made to her she didn't call the cops
18. because she was scared of me. But if she (Justina)
19. was scared of me, then why would she send her kids
20. alone with someone "dangerous" after allegations?
21. It's because Ms. Reyes knows the allegations are
22. lies. She even told officer Renteria of Hemet P.D.
23. that her daughter confessed when they got back from Arizona.
24. It was all fabricated to get a strict step father out
25. of the house. Those were Justina's words on body cam
26. to the officer. I'm still here in Riverside County awaiting trial.
27. Justina never had reason to fear me.
28. Everything above is true and correct to the best
29. of my knowledge.
30.
31. 9/6/25                              Johnny J. Castro Jr.
32.
33.
34.

PROOF OF SERVICE
1. I Am over the Age of eighteen years old.
2. I Am a Citizen of the United States.
3. I Am a resident of Riverside County.
4. I Johnny Joe Castro Jr. will be sending a copy
5. of this Brief to the U.S. Courthouse Central
6. District of California Southern Division, to the
7. Defendant/Respondant Justina Reyes and to the
8. Fathers Rights Advocates group, to ensure my son's
9. Safety through the Courts.
10.
11. U.S. Courthouse          Fathers Rights Group    Justina Reyes
12. 411 W. Fourth St. Suite 1053  18881 Von Carman Ave.  2821 W. Rome Ave.
13. Santa Ana, CA. 92701     Irvine, CA.             Anahiem, CA.
14.                          92612                   92804
15.
16. 9/6/25                                   Johnny Castro Jr.

Johnny J. Castro Jr.
Bk# 202138284
P.O. Box 1748
Indio, CA. 92201

LEGAL MAIL

SN BERNARDINO CA 923
8 SEP 2025 PM 7 L

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 10 2025
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY: *****

proc

U.S. Courthouse District of California Southern Division
411 W. Fourth St. Suite 1053
Santa Ana, CA. 92701

92701-451653



NEAYB LEGAL MAL